**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.    07-cv-00821-LTB-BNB

PHILLIS WEINZIRL,

      Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, a/k/a METLIFE, a/k/a METLIFE DISABILITY, and
HOME DEPOT, U.S.A., INC., a/k/a HOME DEPOT,

      Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Unopposed Motion to Dismiss Home Depot USA (Doc 6 - filed May 30, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendant Home Depot USA only,** each party to pay their own fees and costs.

                                      BY THE COURT:


                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED:   June 5, 2007