**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.    07-cv-00821-LTB-BNB

PHILLIS WEINZIRL,

       Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, a/k/a METLIFE, a/k/a METLIFE DISABILITY,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal (Doc 14 - filed September 27, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE**, each party to pay their own fees and costs.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   September 28, 2007